UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHARLES ALEXANDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTURION Regional Med. Dir., )<br>SAMUEL BYRD Dr., Site Med. Dir., )<br>SARA BEDWELL Health Servs. Admin., )<br>CAMPBELL NP, )<br>M. WILLIS Nurse, )<br>)<br>Defendants. ) | No. 2:24-cv-00581-JPH-MG |

**ORDER ON ADDING DR. THOTHALA AS A DEFENDANT AND REQUIRING DEFENDANTS TO FILE A SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

This lawsuit is based on Charles Alexander's allegations that he suffered a serious knee injury in prison about a year ago and has been deprived of essential medical care. Mr. Alexander sued five individual defendants who are employed by Centurion Health of Indiana, which provides medical care to inmates at Wabash Valley Correctional Facility where Mr. Alexander is housed. In this order, the Court addresses the defendants' identification of one defendant and their response to Mr. Alexander's motion for a preliminary injunction, dkt. 4.

One of the defendants named in Mr. Alexander's complaint is identified only as "Centurion Regional Medical Director." Dkt. 2 at 1. Mr. Alexander's principal allegation against this individual is that he or she rejected a request

1

made by a Centurion medical staff member for an MRI of Mr. Alexander's knee. Dkt. 2 at 1, 4.

Attorney Lisa Arnold waived service for the defendants on April 10, 2025, and then filed their answer on June 3. Dkts. 20, 22. In those documents, Ms. Arnold denies that Centurion has a "Regional Medical Director" and states that Mr. Alexander's complaint incorrectly identifies Stephanie Riley, Centurion's Statewide Medical Director, as Centurion's Regional Medical Director. *Id.*

Mr. Alexander filed a motion for preliminary injunction seeking an MRI of his knee. Dkt. 4. The defendants responded on June 6. Dkt. 24. Central to their opposition, the defendants assert that no defendant, including Dr. Riley, was personally involved in or responsible for denying Mr. Alexander an MRI. Dkt. 24 at 10–11.

Records attached to the response appear to show that on September 6, 2024, a Nurse Practitioner requested authorization for an MRI of Mr. Alexander's injured knee. Dkt. 24-1 at 27–28; dkt. 24-3.

On October 4, medical staff forwarded a response from Dr. Thothala: "ATP: Advise to continue current management, along with Physical therapy." *Id.*

Mr. Alexander began physical therapy on November 4, 2024. Dkt. 24-1 at 39. On February 24, 2025, the physical therapist agreed that Mr. Alexander should be discharged from physical therapy because no progress was made. *Id.* at 46. No medical records indicate what, if any, treatment Mr. Alexander has received since that time.

While Dr. Thothala's title is not reflected in the record, it appears that Dr. Thothala—not Dr. Riley—is the individual Mr. Alexander sought to name as a defendant by referring to the "Regional Medical Director." Mr. Alexander stated he believed that was the Centurion employee who denied his MRI request.

Defendants argue that there is no position of "Regional Medical Director" and that Mr. Alexander's motion for preliminary injunction must be denied because someone other than the Statewide Medical Director, Dr. Riley, denied the MRI request. The documents produced by Defendants appear to show that, regardless of her title, Dr. Thothala is the Centurion employee who denied the Centurion staff member's request for an MRI of Mr. Alexander's knee, and therefore would be a proper defendant in this case.

The parties have until **August 8, 2025, to object** to adding Dr. Thothala as a defendant by substituting her for the defendant currently identified on the docket as "Centurion Regional Medical Director."

The defendants **also have until August 8, 2025**, to supplement their response to the preliminary injunction motion by addressing:

1. Is there evidence in the record demonstrating that Dr. Thothala's denial of the MRI request was based on the exercise of medical judgment; and
2. What medical treatment for his knee Mr. Alexander has received since the physical therapist discharged Mr. Alexander in February 2025.

**SO ORDERED.**

Date: 7/25/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

3

Distribution:

CHARLES ALEXANDER
290923
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

All electronically registered counsel